No. 77–1387. FEDERAL OPEN MARKET COMMITTEE OF THE FEDERAL RESERVE SYSTEM *v.* MERRILL. C. A. D. C. Cir. Certiorari granted.

No. 77–1123. DUNNING ET AL. *v.* BOYES. Sup. Ct. Ala. Certiorari denied.

No. 77–1126. STANLEY ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1169. BAZZANO *v.* UNITED STATES;
No. 77–6097. GUFFEY *v.* UNITED STATES; and
No. 77–6236. MATZ *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 77–1273. HAWN ET AL. *v.* COUNTY OF VENTURA, CALIFORNIA, ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–1282. SERVICE ARMAMENT Co. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 77–1290. SHEPHERD *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 77–1297. LAX *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 77–1307. MINNESOTA ET AL. *v.* ZAY ZAH ET AL. Sup. Ct. Minn. Certiorari denied.

No. 77–1379. GODIN *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.